# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

RECEIVED
09 SEP -1 AM 9:49
U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN

IN RE:

COREY J NORCUTT

Debtor(s)

**UNCLAIMED DIVIDENDS FOR DEPOSIT TO REGISTRY FUND**

**CASE NO. BKY 05-48770 NCD**

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to Quik Paydaycom in the amount of $74.36, were unclaimed.

| CREDITOR: | CLAIM NUMBER: | AMOUNT: |
|---|---|---|
| Quik Paydaycom<br>PO Box 6040<br>Logan UT 84341 | 1 | $74.36 |

ACCOUNT NUMBER:
0949

**Jasmine Z. Keller, Trustee**

Dated: August 31, 2009

/s/ Jasmine Z. Keller/jj
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee

2