*M0850*
*KLH*
*5-28-10*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| IN RE: | UNCLAIMED DIVIDENDS FOR DEPOSIT TO REGISTRY FUND |
|---|---|
| COREY J NORCUTT | |
| | Debtor(s)    CASE NO. BKY 05-48770 NCD |

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to Quik Paydaycom in the amount of $24.17, were unclaimed.

| CREDITOR: | CLAIM NUMBER: | AMOUNT: |
|---|---|---|
| Quik Paydaycom | 1 | $24.17 |
| PO Box 6040 | | |
| Logan UT 84341 | | |

ACCOUNT NUMBER:
0949

**Jasmine Z. Keller, Trustee**

Dated: May 27, 2010

/s/ Jasmine Z. Keller/jj
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee

MINNEAPOLIS, MN
U.S. BANKRUPTCY COURT
10 MAY 28 AM 9:28
RECEIVED